■ ROBERT PARETTI, Respondent, v COSTAS MYTALAS et al., Appellants. (And a Third-Party Action.) [621 NYS2d 912] —Appeal by the defendants from stated portions of an order of the Supreme Court, Queens County (Milano, J.), dated July 7, 1993.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Milano at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.